

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

WOODMARK GROUP, PLAINTIFF

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

C07-03063 BZ

RICK MAGERS and CONNIE MAGERS,
Individually and d/b/a Grayson Hills Vineyards
and Winery, etc., DEFENDANTS

TO: (Name and address of defendant)

RICK MAGERS, Individually and d/b/a Grayson Hills Vineyards and Winery, and/or d/b/a Grayson Hills Winery;
CONNIE MAGERS, Individually and d/b/a Grayson Hills Vineyards and Winery, and/or d/b/a Grayson Hills Winery;
2815 BALL ROAD
WHITEWRIGHT, TEXAS 75491

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CHARLES L. THOEMING
BIELEN, LAMPE & THOEMING, P.A.
TWO CORPORATE CENTRE
1390 WILLOW PASS ROAD
SUITE 1020
CONCORD, CA 94520

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
  CLERK

JUN 13 2007

DATE_____

CLARA PIERCE

_____
(BY) DEPUTY CLERK

UNITED STATES DISTRIC COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WOODMARK GROUP | § § § | |
| VS. | § § | CASE NUMBER: C07-03063 |
| RICK MAGERS AND CONNIE MAGERS, Individually and d/b/a Grayson Hills Vineyards and Winery, etc. | § § § § | |

AFFIDAVIT OF SERVICE

THE STATE OF TEXAS)

BEFORE ME, the undersigned authority, on this day personally appeared JOE COX, who, after being by me first duly sworn, on his oath says:

"My name is JOE COX. I am a private process server whose business address is 518 NORTH MAIN STREET C/0 SHARON COX, BONHAM, TX 75418. My office telephone number is 1-903-583-3101."

"I am of sound mind, capable of making this Affidavit, and personally acquainted with facts herein stated. I am an adult over the age of eighteen 18 years and I am not a party to this suit and have no interest in the outcome of the suit. I have never been convicted of any felony or crime involving moral turpitude and am competent to make this oath. I am able to perform the service of citation promptly and correctly pursuant to the Texas Rules of Civil Procedure, Rule 103."

Documents Delivered: SUMMONS, FIRST AMENDED COMPLAINT

Delivered to: _Rick Magers_

Address: _2815 Ball Road_

Date and Time of Delivery: _Whitewright, Tx 75491_
_7/16/07 @ 1:40 p.m._

BONHAM - JOE COX C/O SHARON COX

SUBSCRIBED AND SWORN TO BEFORE ME by the said Affiant on this _16th_ day of _July_, 2007.

NOTARY PUBLIC, STATE OF TEXAS