1  WILLIAM E. ADAMS #153330
   DAWN NEWTON #209002
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com; dnewton@fablaw.com
5
   MICHAEL R. NICHOLS (Texas SBN #24032788)
6  LAW OFFICES OF MICHAEL R. NICHOLS
   3001 S. Hardin Blvd., Ste. 110, PMB #155
7  McKinney, TX 75070
   Telephone: (972) 369-1300
8  Facsimile: (469) 519-0144
   E-mail: Michael@HightTechIP.com
9
   Attorneys for Defendants
10

11             UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

13 | Woodmar Group,                               | Civil Action No.: 3:07-cv-03063-BZ
14 |      Plaintiff,                              | NOTICE OF MOTION TO DISMISS
15 | vs.                                          | Date: September 19, 2007
   |                                              | Time: 10:00 a.m.
16 | Rick Magers, individually, and d/b/a Grayson | Dept.: Courtroom G, 15th Floor
   | Hills Vineyards and Winery, and/or Grayson
17 | Hills Winery, and Connie Magers,
   | individually, and d/b/a Grayson Hills
18 | Vineyards and Winery, and/or Grayson Hills
   | Winery,
19 |
   |      Defendants.
20

21  TO PLAINTIFF WOODMAR GROUP AND ITS ATTORNEYS OF RECORD:

22  PLEASE TAKE NOTICE THAT on September 19, 2007, at 10:00 a.m., or as soon

23  thereafter as counsel may be heard in the courtroom of the Honorable Bernard Zimmerman,

24  Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, Defendants Rick

25  Magers and Connie Magers, individually and dba Grayson Hills Vineyards and Winery and/or

26  Grayson Hills Winery will bring before the Court their motion to dismiss for lack of capacity to

27  sue Defendants, for lack of personal jurisdiction in the forum state, and for failure to state a

28  claim for which relief can be granted.

1.
NOTICE OF MOTION TO DISMISS: CASE NO. 3:07-CV-03063-BZ
8/6/07 (24813) #277309.1

1  The grounds for this motion are as follows: Defendants file this Motion under Rules 9(a), 10(a), and 12(b)(2) of the Federal Rules of Civil Procedure to Dismiss Plaintiff's suit for lack of capacity to sue Defendant, because the Plaintiff is not a recognized legal entity in California, and for lack of personal jurisdiction over Defendants in the forum state. Additionally, Plaintiff's attempt to assert a trademark infringement claim under 15 U.S.C. §1114 is facially invalid, and therefore that claim should be dismissed under Fed R. Civ. P. 12(b)(6).

This motion is based on the pleadings and papers on file in this action, this Notice of Motion, the accompanying Brief, the Declaration of Richard S. Magers, the Request for Judicial Notice, and whatever evidence and argument is presented at the hearing of this motion.

Dated: August 6, 2007                FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
William E. Adams
Attorneys for Defendants