WILLIAM E. ADAMS #153330
DAWN NEWTON #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: wadams@fablaw.com; dnewton@fablaw.com

MICHAEL R. NICHOLS (Texas SBN #24032788)
LAW OFFICES OF MICHAEL R. NICHOLS
3001 S. Hardin Blvd., Ste. 110, PMB #155
McKinney, TX 75070
Telephone: (972) 369-1300
Facsimile: (469) 519-0144
E-mail: Michael@HightTechIP.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| Woodmar Group, <br><br> Plaintiff, <br><br> vs. <br><br> Rick Magers, individually, and d/b/a Grayson Hills Vineyards and Winery, and/or Grayson Hills Winery, and Connie Magers, individually, and d/b/a Grayson Hills Vineyards and Winery, and/or Grayson Hills Winery, <br><br> Defendants. | Civil Action No.: 3:07-cv-03063-BZ <br><br> REQUEST FOR JUDICIAL NOTICE <br><br> Date: September 19, 2007 <br> Time: 10:00 a.m. <br> Dept.: Courtroom G, 15th Floor |

Pursuant to Rule 201(d), Federal Rules of Evidence, Defendants hereby request that the Court take judicial notice of the following facts and/or documents:

**Exhibit A:** The Woodmar Group is not a California corporation, as indicated by the lack of any record for "Woodmar Group" with the California Secretary of State's website.

**Exhibit B:** As suggested by the plaintiff's complaint and as evidenced by the Status Report print out of the United States Patent and Trademark Office database, plaintiff does not own a registered trademark for the mark which is the subject of this lawsuit. Its trademark application is still pending.

1.
REQUEST FOR JUDICIAL NOTICE: CASE NO. 3:07-CV-03063-BZ
8/6/07 (24813) #277321.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 6, 2007 | FITZGERALD ABBOTT & BEARDSLEY LLP |

By _____
William E. Adams
Attorneys for Defendants

# EXHIBIT A

# California Business Portal

Secretary of State DEBRA BOWEN

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

## Corporations

**Business Search Corporations**
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- FAQs
- Corporations Main Page
- Site Search

The information displayed here is current as of "AUG 03, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

**No results matched the search term : "Woodmar Group"**

**Need help with your search?**

Copyright ©2001 California Secretary of State. Privacy Statement.

# EXHIBIT B

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-08-06 18:19:12 ET

**Serial Number:** 78616559 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**





**(words only):** GRAYSON CELLARS

**Standard Character claim:** No

**Current Status:** Final review prior to publication has been completed, application will be published for opposition.

**Date of Status:** 2007-07-05

**Filing Date:** 2005-04-25

**The Information will be/was published in the Official Gazette on** 2007-08-07

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**Attorney Assigned:**
GARDNER DAWNA BERYL Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-07-05

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. WOODMAR GROUP

**Address:**
WOODMAR GROUP
1247 DURANT CT
WALNUT CREEK, CA 94596
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 033
**Class Status:** Active
Wine
**Basis:** 1(a)
**First Use Date:** 2005-04-25
**First Use in Commerce Date:** 2005-04-25

## ADDITIONAL INFORMATION

**Disclaimer:** "CELLARS"

**Description of Mark:** The mark consists of the words Grayson Cellars and a drawing of a top hat.

**Design Search Code(s):**
09.05.02 - Top hats

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-18 - Notice of publication

2007-05-12 - Law Office Publication Review Completed

2007-05-12 - Assigned To LIE

2007-04-25 - Approved for Pub - Principal Register (Initial exam)

2007-02-28 - Automatic Update Of Assignment Of Ownership

2007-02-02 - LETTER OF SUSPENSION E-MAILED

2007-02-02 - Suspension Letter Written

2006-09-18 - LETTER OF SUSPENSION E-MAILED

2006-09-18 - Suspension Letter Written

2006-08-24 - Amendment From Applicant Entered

2006-08-07 - Communication received from applicant

2006-08-07 - PAPER RECEIVED

2006-04-21 - Final refusal e-mailed

2006-04-21 - Final Refusal Written

2006-03-29 - Amendment From Applicant Entered

2006-03-08 - Communication received from applicant

2006-03-08 - PAPER RECEIVED

2006-03-03 - TEAS Change Of Correspondence Received

2005-11-23 - Non-final action e-mailed

2005-11-23 - Non-Final Action Written

2005-11-22 - Assigned To Examiner

2005-05-09 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Douglas E. White
Acronational Law Firm
14 Camino Sobrante
Orinda CA 94563
Phone Number: 925-258-8000
Fax Number: 925-258-8080