WILLIAM E. ADAMS #153330
DAWN NEWTON #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: wadams@fablaw.com; dnewton@fablaw.com

MICHAEL R. NICHOLS (Texas SBN #24032788)
LAW OFFICES OF MICHAEL R. NICHOLS
3001 S. Hardin Blvd., Ste. 110, PMB #155
McKinney, TX 75070
Telephone: (972) 369-1300
Facsimile: (469) 519-0144
E-mail: Michael@HightTechIP.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| Woodmar Group,<br><br>  Plaintiff,<br><br>vs.<br><br>Rick Magers, individually, and d/b/a Grayson Hills Vineyards and Winery, and/or Grayson Hills Winery, and Connie Magers, individually, and d/b/a Grayson Hills Vineyards and Winery, and/or Grayson Hills Winery,<br><br>  Defendants. | Civil Action No.: 3:07-cv-03063-BZ<br><br>DECLARATION OF RICHARD S. MAGERS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS<br><br>Date:  September 19, 2007<br>Time:  10:00 a.m.<br>Dept.:  Courtroom G, 15th Floor |

I, Richard S. Magers, declare as follows:

1. I am named as a defendant in the above lawsuit. I am married to Connie A. Magers, the other defendant in this lawsuit. I make this declaration from my own personal knowledge and, if called upon to do so, I could and would testify competently to the matters stated herein.

/ / /

---
1.
DECLARATION OF RICHARD S. MAGERS IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS: Case No. 3:07-cv-03063-BZ

8/6/07 (24813) #277281.1

2.  My wife and I are the owners and operators of Grayson Hills Winery, which is located in Grayson County, Texas. We have operated our business under the assumed name Grayson Hills Winery at least as early as 2003.

3.  Our wines are sold only in a limited area of North Texas that includes Grayson County. We do not currently sell any wines through distributors or through direct shipment to customers.

4.  We have never sold any wine or other products to customers in California. We do not advertise or promote any products or services in California.

5.  Further, we are not licensed to export wine to California or to make direct shipments of wine to customers in California or any other state.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 6th day of August, 2007, at ___WHITEWRIGHT___, Texas.

                                                _____
                                                Richard S. Magers

---
2.
DECLARATION OF RICHARD S. MAGERS IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS

8/6/07 (24813) #277281.1