1  WILLIAM E. ADAMS #153330
   DAWN NEWTON #209002
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com; dnewton@fablaw.com
5
   MICHAEL R. NICHOLS (Texas SBN #24032788)
6  LAW OFFICES OF MICHAEL R. NICHOLS
   3001 S. Hardin Blvd., Ste. 110, PMB #155
7  McKinney, TX 75070
   Telephone: (972) 369-1300
8  Facsimile: (469) 519-0144
   E-mail: Michael@HightTechIP.com
9
   Attorneys for Defendants
10

11                   UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

13  Woodmar Group,                          Civil Action No.: 3:07-cv-03063-BZ

14              Plaintiff,                   [PROPOSED] ORDER RE MOTION TO
                                             DISMISS
15         vs.
                                             Date:  September 19, 2007
16  Rick Magers, individually, and d/b/a Grayson   Time:  10:00 a.m.
    Hills Vineyards and Winery, and/or Grayson     Dept.:  Courtroom G, 15th Floor
17  Hills Winery, and Connie Magers,
    individually, and d/b/a Grayson Hills
18  Vineyards and Winery, and/or Grayson Hills
    Winery,
19
                Defendants.
20

21       After considering Defendants' Motion to Dismiss for Lack of Personal

22  Jurisdiction, for Lack of Capacity to Sue, and for Failure to State a Claim under 15

23  U.S.C. § 1114 and the response, the court GRANTS the motion and dismisses

24  Plaintiff's suit without prejudice to refiling in another jurisdiction.

25  Dated: _____, 2007

26

27                                     _____
                                       Judge Bernard Zimmerman
28

                                     1.