# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

August 7, 2007

To:  Charles Louis Thoeming
Theodore J. Bielen, Jr.
Bielen Lampe & Thoeming, P.A.
1990 North California Blvd, Ste 720
Walnut Creek, CA 94596

William Errol Adams
Fitzgerald, Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612

Re: Woodmar Group v. Rick Magers, et al. - C07-3063 BZ

Dear Sirs:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **September 19, 2007 at 10:00 a.m.**  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By: /s/ Lashanda Scott
    Lashanda Scott
    Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd