

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Woodmar Group,

           Plaintiff(s),

v.

Rick Magers, individually, and d/b/a Grayson Hills Vinyards and Winery and/or Grayson Hills Winery, and Connie Magers, individually, and d/b/a Grayson Hills Vinyards and Winery, and/or Grayson Hills

           Defendant(s).

CASE NO. 3:07-cv-03063-BZ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael R. Nichols , an active member in good standing of the bar of U.S. District Court for the Eastern District of TX whose business address and telephone number (particular court to which applicant is admitted) is Law Office of Michael R. Nichols
3001 S. Hardin Blvd., STE 110, PMB 155
McKinney, TX 75070
(214)544-1939
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rick and Connie Magers

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:



Hon. Bernard Zimmerman
United States Magistrate Judge

DENIED-ABSENCE OF
LOCAL COUNSEL

8/15/2007

