Michael R. Nichols
The Law Office of Michael R. Nichols
3001 S. Hardin Blvd., STE 110, PMB 155
McKinney, TX 75070
(972)369-1300

Clerk's Use Only
Initial for fee pd.:

FILED
AUG 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Woodmar Group,

Plaintiff(s),

v.

Rick Magers, individually, and d/b/a Grayson Hills Vinyards and Winery, and/or Grayson Hills Winery, and Connie Magers, individually, and d/b/a Grayson Hills

Defendant(s).

CASE NO. 3:07-cv-03063-BZ

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Michael R. Nichols, an active member in good standing of the bar of U.S. District Court for the Eastern District of TX, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Rick & Connie Magers in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/8/2007

*Michael R. Nichols*