```
 1  WILLIAM E. ADAMS #153330
    DAWN NEWTON #209002
 2  FITZGERALD ABBOTT & BEARDSLEY LLP
    1221 Broadway, 21st Floor
 3  Oakland, California  94612
    Telephone: (510) 451-3300
 4  Facsimile: (510) 451-1527
    Email: wadams@fablaw.com; dnewton@fablaw.com
 5
    MICHAEL R. NICHOLS (Texas SBN #24032788)
 6  LAW OFFICES OF MICHAEL R. NICHOLS
    3001 S. Hardin Blvd., Ste. 110, PMB #155
 7  McKinney, TX 75070
    Telephone: (972) 369-1300
 8  Facsimile: (469) 519-0144
    E-mail: Michael@HightTechIP.com
 9
    Attorneys for Defendants
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| Woodmar Group, | Civil Action No.: 3:07-cv-03063-BZ |
|---|---|
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| vs. | |
| Rick Magers, individually, and d/b/a Grayson Hills Vineyards and Winery, and/or Grayson Hills Winery, and Connie Magers, individually, and d/b/a Grayson Hills Vineyards and Winery, and/or Grayson Hills Winery, | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

/ /

/ /

/ /

---
1.
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
Case No. 3:07-cv-03063-BZ

8/16/07 (24813) #278070.1

1       Appeal from the judgment shall be taken directly to the Unites States Court of Appeals

2 for the Ninth Circuit.

3

4

Dated: August 16, 2007            FITZGERALD ABBOTT & BEARDSLEY LLP

5

6                                By _____

                                  William E. Adams

7                                   Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
Case No. 3:07-cv-03063-BZ

8/16/07 (24813) #278070.1