CHARLES L. THOEMING (SB# 153504)
THEODORE J. BIELEN, JR. (SB# 56395)
BIELEN, LAMPE & THOEMING, P.A.
1390 Willow Pass Road, Suite 1020
Concord, CA 94520
Tel: (925)288.9720
Fax: (925)288.9731
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WOODMAR GROUP,

    Plaintiff(s),

v.

RICK MAGERS, ET AL.,

    Defendant(s).

No. C07-03063 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: AUGUST 20, 2007

Signature: Charles L. Thoeming

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")