1  CHARLES L. THOEMING (SB# 153504)
   THEODORE J. BIELEN, JR. (SB# 56395)
2  BIELEN, LAMPE & THOEMING, P.A.
   1390 Willow Pass Road
3  Suite 1020
   Concord, CA  94520
4  Tel: (925)288.9720
   Fax: (925)288.9731
5
   Attorneys for Plaintiff
6
                IN THE UNITED STATES DISTRICT COURT FOR
7
                  THE NORTHERN DISTRICT OF CALIFORNIA
8
   WOODMARK GROUP,                )
9                                 )
           Plaintiff,              )   CIVIL ACTION NO: C07-03063 BZ
10                                )
       v.                          )   STATEMENT OF NONOPPOSITION
11                                )       PURSUANT TO LOCAL RULE 7-3(b)
                                   )
12 RICK MAGERS, CONNIE MAGERS,     )
   INDIVIDUALLY, AND D/B/A/        )
13 GRAYSON HILLS VINEYARDS         )
   AND WINERY, ETC.                )
14                                )
           Defendants.             )
15                                )

16

17     Pursuant to Local Civil Rule 7-3(b), Plaintiff, Woodmar

18 Group, hereby states its nonopposition to Defendants' Motion to

19 Dismiss Without Prejudice to Re-file, presently set for hearing

20 on September 19, 2007.

21 Dated: August 20, 2007.    Respectfully submitted,

22

23                            By:  Charles L. Thoeming
                              BIELEN, LAMPE & THOEMING, P.A.
24                            Two Corporate Centre
                                  1390 Willow Pass Road
25                            Suite 1020
                              Concord, CA 94520
26                            (925)288.9720
                              ATTORNEYS FOR PLAINTIFF
27

28