```
 1  CHARLES L. THOEMING (SB# 153504)
    THEODORE J. BIELEN, JR. (SB# 56395)
 2  BIELEN, LAMPE & THOEMING, P.A.
    1390 Willow Pass Road
 3  Suite 1020
    Concord, CA  94520
 4  Tel: (925)288.9720
    Fax: (925)288.9731
 5
    Attorneys for Plaintiff
 6

 7
                  IN THE UNITED STATES DISTRICT COURT FOR
 8
                    THE NORTHERN DISTRICT OF CALIFORNIA
 9
    WOODMARK GROUP,                  )
10                                   )
          Plaintiff,                 )  CIVIL ACTION NO: C07-03063 BZ
11                                   )
       v.                            )  STIPULATED ORDER
12                                   )
    RICK MAGERS, CONNIE MAGERS,      )
13  INDIVIDUALLY, AND D/B/A/         )
    GRAYSON HILLS VINEYARDS          )
14  AND WINERY, ETC.                 )
                                     )
15        Defendants.                )
                                     )
16

17       After considering Defendants' Motion to Dismiss and

18  Plaintiff's Statement of Nonopposition to the Motion, the court

19  Grants the motion and this action is dismissed without prejudice

20  to refiling in another jurisdiction.

21       It is SO ORDERED.

22
    Dated: _____.
23
                              _____
24                            United States Magistrate Judge
                              Bernard Zimmerman
25

26

27

28
```

STIPULATED ORDER                                      PAGE 1 OF 2

AGREED AS TO FORM AND SUBSTANCE, AND FOR ENTRY:

*[signature]*    Dated: 08/22/2007

Charles L. Thoeming
Bielen, Lampe & Thoeming, P.A.
Attorneys for Plaintiff

*[signature]*    Dated: 8-22-07

Dawn Newton
Fitzgerald Abbott & Beardsley LLP
Attorneys for Defendants