1  CHARLES L. THOEMING (SB# 153504)
   THEODORE J. BIELEN, JR. (SB# 56395)
2  BIELEN, LAMPE & THOEMING, P.A.
   1390 Willow Pass Road
3  Suite 1020
   Concord, CA  94520
4  Tel: (925)288.9720
   Fax: (925)288.9731
5
   Attorneys for Plaintiff
6

           IN THE UNITED STATES DISTRICT COURT FOR

              THE NORTHERN DISTRICT OF CALIFORNIA

   WOODMARK GROUP,                )
                                  )
         Plaintiff,                )   CIVIL ACTION NO: C07-03063 BZ
                                  )
      v.                          )   STIPULATED ORDER
                                  )
   RICK MAGERS, CONNIE MAGERS,    )
   INDIVIDUALLY, AND D/B/A/       )
   GRAYSON HILLS VINEYARDS        )
   AND WINERY, ETC.               )
                                  )
         Defendants.               )
                                  )

        After considering Defendants' Motion to Dismiss and

   Plaintiff's Statement of Nonopposition to the Motion, the court

   Grants the motion and this action is dismissed without prejudice

   to refiling in another jurisdiction.

        It is SO ORDERED.

   Dated: 22 Aug 07

                                  _____
                                  United States Magistrate Judge
                                  Bernard Zimmerman

STIPULATED ORDER                                          PAGE 1 OF 2

1 | AGREED AS TO FORM AND SUBSTANCE, AND FOR ENTRY:
2 |
3 | *[signature]*                                    Dated: 08/22/2007 .
4 | Charles L. Thoeming
  | Bielen, Lampe & Thoeming, P.A.
5 | Attorneys for Plaintiff
6 |
7 |
8 | *[signature]*                                    Dated: 8-22-07 .
  | Dawn Newton
9 | Fitzgerald Abbott & Beardsley LLP
  | Attorneys for Defendants
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |